```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FLINT DE CASTRO et al.,                                          :
                                                                 :
                        Plaintiffs,                              :
                                                                 :     19-cv-5957 (LJL)
         -v-                                                     :
                                                                 :        ORDER
NYU HOSPITALS CENTER et al.,                                     :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court held a status conference in this case on September 10, 2021.  The parties are directed to mediate again through their private mediator.

      The next status conference in this case is scheduled for November 4, 2021 at 2:00 p.m. The conference will proceed remotely by telephone.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

      By October 28, 2021, the parties must file a proposed Case Management Plan and Scheduling Order for any plaintiffs in the case that have not reached settlement.

      SO ORDERED.

Dated: September 10, 2021  
       New York, New York

                                                      LEWIS J. LIMAN  
                                                  United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 09/10/2021