UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PAULINA FLINT DE CASTRO et al,                                     :
:
                        Plaintiffs,                                :
:                    19-cv-5957 (LJL)
        -v-                                                        :
:                       ORDER
NYU HOSPITALS CENTER et al,                                        :
:
                        Defendants.                                :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Treating Plaintiffs' letter at docket number 71 as a motion to amend the caption, the motion is GRANTED. The Clerk of Court is respectfully directed to amend the caption to correct the spelling of one of the Plaintiffs' last names. Plaintiff Maisha Dixon shall be changed to Maisha Dickson.


    SO ORDERED.


Dated: November 19, 2021
       New York, New York
                                                LEWIS J. LIMAN
                                       United States District Judge